UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 18 - 268 |
| | ) | (District of Alaska |
| Plaintiff, | ) | No.1:18-CR-00008-TMB-LCL) |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RYAN MATTHEW NEELY, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Offenses charged</u> in Second Superseding Indictment:

Count 1 – Felon in Possession of Firearm

<u>Date of Detention Hearing</u>:   February 15, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure either the safety of other persons and the community or that defendant will make his future appearances as directed.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant presented nothing in response to the motion for detention, and stipulated to detention.

(2) His felony record includes two convictions for theft in second degree, criminal trespass in first degree, controlled substances violation, possession of stolen mail, and identity theft in first degree.

(3) He also has various other charges pending in Arizona.

(4) He has failed to appear for court hearings on multiple occasions, including one in this case in Alaska, and multiple warrants are pending.

(5) The Pretrial Services office alleges he is a user of Xanax, heroin and methamphetamine. Defendant has not denied this.

It is therefore ORDERED:

1. Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in

DETENTION ORDER
PAGE -2

connection with a court proceeding;

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of June, 2018.

                                        s/ John L. Weinberg
                                        United States Magistrate Judge